

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| LUCILLE A. HOUG, | ) | |
| | ) | CIV. 08-4112 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF** |
| | ) | **DISMISSAL** |
| BUILDERS MANAGEMENT & | ) | |
| INVESTMENT CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Court having been advised that the case has been resolved,

IT IS ORDERED that this action is hereby dismissed with prejudice and with the parties bearing their own attorneys' fees, costs, and expenses.

Dated this 28 day of April, 2010.

BY THE COURT:

_____
United States District Judge
Karen Schreier

ATTEST:
JOSEPH A. HAAS, CLERK
By: _____
        Deputy Clerk
(SEAL)

1